FRANK DREW, GEO. L. DREW AND FRANK DREW, JR., PARTNERS DOING BUSINESS UNDER THE FIRM NAME AND STYLE OF LIVE OAK FOUNDRY AND MACHINE WORKS, *Plaintiffs in Error*, v. E. L. PARSHLEY, EXECUTRIX OF THE ESTATE OF NANCY M. PARSHLEY, DECEASED, *Defendant in error*.

Opinion Filed July 13, 1917.

Writ of Error to Circuit Court for Suwannee County, M.F. Horne, Judge.

PER CURIAM.—This cause having been submitted to the Court at a former term thereof upon the transcript of the record of the judgment aforesaid, and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same hereby affirmed.

*Odom, Crawford & Butler*, for Plaintiffs in Error;

*A. E. Leslie*, for Defendant in Error.